UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:  STAGI, MARY JANE             Chapter 7
                                     Case No: 8:12-02959-MGW

     Debtor(s)
_____/

MOTION TO COMPEL TURN OVER OF
RECORDS OF THE ESTATE

_____

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

    PURSUANT TO LOCAL RULE 2002-4, THE COURT WILL CONSIDER THIS MOTION, OBJECTION OR MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES AN OBJECTION WITHIN THIRTY (30) DAYS FROM THE DATE OF THE SERVICE OF THIS PAPER.  IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE COURT AT 801 N. FLORIDA AVE.,  TAMPA, FL 33602-3899 AND SERVE A COPY ON THE TRUSTEE, ANGELA L. WELCH ESPOSITO, 12157 W. LINEBAUGH AVE. PMB 401 TAMPA, FL 33626

    IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED THE COURT MAY SCHEDULE A HEARING AND YOU WILL BE NOTIFIED.  IF YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

    Angela L. Welch Esposito, Chapter 7 Trustee in the above-styled case, files this Motion to Compel Turnover and in support thereof states as follows:

    1.    On February 29, 2012, the Debtor(s) filed a voluntary petition under Chapter 7 of the Bankruptcy Code ("Filing Date").

    2.    Among the assets of the estate appears to be an undisclosed vehicle purchased for cash on or around 12/30/11 - immediately prior to filing.

      3.      The trustee has requested all documentation related to the transaction several times. The trustee has received only one document that provided more questions than answers (a copy of a lien of Bank of Tampa dated 4/3/12 – post petition), and representations that more documents were coming, which have not yet arrived.

      4.      The Trustee hereby requests copies of all documents related to the purchase of the vehicle on or around 12/30/11; all documents related to the lien of Bank of Tampa 4/3/12; disposition of the loan proceeds; and a copy of a current insurance policy declaration page.

      WHEREFORE, the Trustee respectfully requests this Court enter an Order granting the foregoing Motion to Compel Turnover as set forth more fully herein, and grant any other and further relief as this Court deems just and appropriate.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail deliver to: **Asst. United States Trustee**, USTPRegion21.TP.ECF@USDOJ.GOV; and by U.S. Mail Delivery to: **Mary Jane Stagi,** 3512 Berger Road Lutz, FL 3354; **James W Elliott, Esq.,** McIntyre, Panzarella, Thanasides et al, 6943 E Fowler Avenue Tampa, FL 33617, **this 16th day of January, 2013.**

/s/ Angela L. Welch Esposito
Angela L. Welch Esposito, Trustee
12157 W. Linebaugh Ave. PMB 401
Tampa, FL 33626
(813) 814-0836