UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: STAGI, MARY JANE                          Chapter 7

      Debtor                                 Case No.:  8:12-02959-MGW
_____/

## DEBTOR'S RESPONSE AND OBJECTION TO MOTION TO COMPEL
## TURNOVER OF PROPERTY OF THE ESTATE

Debtor, Mary Jane Stagi, through her undersigned counsel, files this response to the Chapter

7 Trustee's Motion to Compel Turnover of Property of the Estate and in support thereof states as

follows:

1.      On January 16, 2013, the Trustee filed a Motion to Compel Turnover of Property

of the Estate (Doc. No. 53).

2.      The Motion represents that the date of filing of the instant case was February, 29,

2013.  However, the case was actually filed February 29, 2012.

3.      On the date of filing, the Debtor had an interest in two corporations, Stagi &

Company, Inc. and S & S Development Group, Inc.  The Debtor fully disclosed her interest the

corporations on her schedules.

4.      On the date of filing the Debtor did not have an interest in Stagi & Company,

LLC.  Debtor formed Stagi & Company LLC March 21, 2012, after the filing of the Debtor's

case.

5.      On January 16, 2013, almost a full year after the Chapter 7 case was filed, Trustee

filed a Motion to Turnover Property of the Estate (Doc. 43).  The January 16, 2013 Motion for

Turnover sought the turnover of documents.

6.      On January 31, 2013, the Debtor filed a Response to Trustee's Motion to Compel Turnover (Doc. 50).  In the Debtor's Response, the Debtor advised the Court that although she will cooperate in proving information to the Trustee regarding the entities to determine the value of the entities, the Debtor objected to the characterization that property of the entities was deemed property of the bankruptcy estate.  Debtor turned over the requested documents to the Trustee.

7.      Debtor now responds and objects to the May 6, 2013 Motion for Turnover of Property of the Estate (Doc. 53).

8.      The May 6, 2013 Motion for Turnover, while requesting certain documents the Trustee believes are necessary for the administration of the estate, appears to also request that certain assets to be subject to turnover.  While the May 6, 2013 Turnover Motion speaks of "assets" it does not specify what property is subject to turnover.  A corporation's property is not property of its shareholders bankruptcy estate, and a corporation is a separate entity distinct from its shareholders.  *See* <u>Lort v. Ferguson Enterprises (In re Lort)</u>, 347 B.R. 909, 910 (M.D. Fla. 2006), *and see* 347 <u>Fowler v. Shadel</u>, 400 F.3d 1016 (7th Cir. 2005).

9.      Both Stagi & Company, Inc. and S & S Development Group, Inc. are non-active corporations.  Debtor does not object to providing the Trustee information regarding these entities to determine their value as of the day of filing.  However, Stagi & Company, LLC is an entity formed by Debtor a full month after she filed her case.  As such, this entity is not property of the bankruptcy estate and is not be subject to turnover.

WHEREFORE, the Debtor respectfully request that the Trustee's Motion to Compel Turnover of Records of the Estate be granted to the extent as  necessary to preserve the issue of

the value and extent of estate property, and such other and further relief as may be deemed appropriate.

Dated: June 5, 2013.

Respectfully submitted,

/s/ James W. Elliott
RICHARD J. MCINTYRE, ESQUIRE
Florida Bar No. 0962708
rich@mcintyrefirm.com
JAMES W. ELLIOTT, ESQUIRE
Florida Bar No. 0040961
james@mcintyrefirm.com
McIntyre, Panzarella, Thanasides,
Bringgold & Todd, P.L.
6943 East Fowler Avenue
Temple Terrace, Florida 33617
(813) 899-6059
(813) 899-6069 (Facsimile)
*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served by the **Court's CM/ECF System** and/or by U.S. Mail on June 5, 2013, to the **Office of the United States Trustee,** 501 East Polk Street, Suite 1200, Tampa, Florida 33602; Chapter 7 Trustee, **Angela Welch Esposito,** 12157 West Linebaugh Avenue, PMB 401, Tampa, FL 33626; **Debtor**, **Mary Jane Stagi,** 3512 Berger Road, Lutz, FL 33548, **Attorney for Trustee, David B. McEwen, Esq.**, David B. McEwen, P.A., 560 First Avenue North, St. Petersburg, FL 33701.

/s/ James W. Elliott
Attorney